IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GEORGE EDWARD BIGELOW**                                              **PLAINTIFF**

VS.                              **4:23-cv-00540-BRW-JJV**

**VAN BUREN COUNTY, ARKANSAS,**
**SHERRIFF'S OFFICE; et al.**                                            **DEFENDANTS**

### **ORDER**

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  (Docs. 8 and 9)   After careful and *de novo* review, I approve and adopt the Recommended Disposition in all respects.

Therefore, Plaintiff may proceed with his inhumane conditions of confinement claim against Defendant Rainez in his personal capacity only.   All other claims, Defendant Emberton, and Defendant Lawrence are dismissed without prejudice for failing to state a claim upon which relief may be granted.   Defendant Van Buren County Sheriff's Office be dismissed with prejudice because it is not a proper party.   An *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 25th day of July 2023.

                                                     _BILLY ROY WILSON_
                                                     UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).